IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

AL JOSEPH FELDER, SR., #08267-002          *

     Plaintiff,          *

     v.          * CIVIL ACTION NO. 02:04-CV-598-A
                                        WO

DONAL CAMPBELL, *et al.*,          *

     Defendants.          *

_____

**ORDER ON MOTION**

Plaintiff seeks reconsideration of the court's May 17, 2005 order denying his motion

for leave to file a motion for summary judgment and requests the court to incorporate all the

documents he has filed in this case. (Doc. No. 52.) Plaintiff is advised that in this court's

August 18, 2005 order of procedure, Defendants were directed to file an answer and written

report, and all parties to the complaint were directed not to file motions for summary

judgment, motions to dismiss, or any other dispositive motion without permission of the

court. (Doc. No. 12.) Following Defendants' filing of their answer and special report, the

court entered an order on October 8, 2004 which granted Plaintiff an opportunity to file a

*response* to such pleadings. (*See* Doc. No. 27.) The October 8 order further informed the

parties that, "at some time in the future the court will treat Defendants' report and Plaintiff's

response as a dispositive motion and response."

The court's directive prohibiting the filing of dispositive motions without leave of court does not prevent the parties from filing non-dispositive motions such as written reports, responses, or various non-dispositive motions and/or pleadings.  Plaintiff has, in fact, filed a responsive pleading to Defendants' answer and written report.  (*See* Doc. Nos. 31, 33.) While the court declines Plaintiff's request for leave to file a  dispositive motion at this juncture in the proceedings, such action does not mean that it  will not consider Plaintiff's May 12, 2005 pleading as a *response* to Defendants' answer and written report when it addresses the merits of this case.[1] Consequently, the undersigned concludes that Plaintiff's Motion for Reconsideration shall be denied.

Accordingly, it is ORDERED that:

1.   Plaintiff's May 17, 2005 Motion for Reconsideration (Doc. No. 52) is DENIED;

2.   The Motion to Incorporate All Plaintiff's  Documents Filed in this Action (Doc. No. 52), construed as a Motion to Consider Document Number 50 as a Response to Defendants' Responsive Pleadings, is GRANTED.

Done this 27th day of May, 2005.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1]Plaintiff is also advised that  review of the file in this case demonstrates that no additional documents are necessary to the disposition of the issues pending in this case. Accordingly, the court finds that no further pleadings in this case with respect to the issues pending before the court, and which Plaintiff has addressed in his responses to Defendant's special report, are necessary.