IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AL JOSEPH FELDER, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:04-cv-598-WKW |
| | ) |
| DONAL CAMPBELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 75) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 75) is ADOPTED;

2. The defendants' motions for summary judgment (Doc. # 24, #25 and #27) are GRANTED to the extent that plaintiff's requests for injunctive and declaratory relief are DISMISSED as moot;

3. The defendants' motions for summary judgment (Doc. # 24, #25 and #27) are GRANTED with respect to the remaining claims for monetary damages, and plaintiff's claims for monetary damages are DISMISSED with prejudice;

4. This action is DISMISSED;

5. Costs are taxed against the plaintiff.

An appropriate judgment will be entered.

DONE this 4th day of September, 2007.

                                         /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE